# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BERTHA COLBERT,**  Plaintiff,  v.  **NANCY A. BERRYHILL**, Acting **Commissioner of Social Security,**  Defendant. | **NO. EDCV 16-2613-KS**  **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: March 7, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE